UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20547-CR-UNGARO/TORRES

UNITED STATES OF AMERICA

vs.

REINALDO GUERRA,

       Defendant.
_____/

**REPORT AND RECOMMENDATION ON
MOTIONS REGARDING FORFEITED ASSET**

This matter is before the Court following an Order of Reference from the Honorable Ursula Ungaro referring the Unopposed Motion by Saturn Capital Advisors, LLC to Vacate Order and Reconsider Government's Motion to Compel [D.E. 92] to the undersigned for appropriate disposition. [D.E. 97]. Also before us is a related motion, the government's Renewed Motion to Compel Delivery of Forfeited Asset. [D.E. 99].

These motions concern Saturn Mortgage Fund Account SAT-008 held at Saturn Capital Advisors, LLC in Miami, Florida. Judge Ungaro ordered that Defendant Reinaldo Guerra's interest in this account be forfeited to the United States government. [D.E. 80].

On October 20, 2011, Judge Ungaro granted the government's motion to compel delivery of the forfeited asset, ordering Saturn Capital Advisors, LLC, which has been acting as manager of the fund, to turn over the remaining account balance to the government. [D.E. 90]. Saturn Capital Advisors, LLC moved to vacate this Order and

for reconsideration of the motion to compel. The government later renewed its motion to compel delivery of the forfeited asset.

At a hearing on January 24, 2012 before the undersigned Magistrate Judge, the government requested that a Receiver be appointed to liquidate the government's interest in Saturn Mortgage Fund Account SAT-008. Counsel for Saturn Capital Advisors, LLC did not oppose the request. Following the hearing, the parties reached an agreement on the issue and submitted a proposed Order to the undersigned that memorialized their agreement.

Based on the foregoing, it is hereby **RECOMMENDED** that:

1. The government and Saturn Capital Advisors, LLC's joint *ore tenus* motion to appoint a Receiver be **GRANTED** and the District Judge enter the Order Appointing Receiver that is appended hereto;

2. Saturn Capital Advisors, LLC's Unopposed Motion to Vacate Order and to Reconsider Government's Motion to Compel [**D.E. 92**] be **DENIED as moot**; and

3. The Government's Renewed Motion to Compel Delivery of Forfeited Asset [**D.E. 99**] be **DENIED as moot**.

Pursuant to Local Magistrate Rule 4(b), the parties have **five (5) days** from the date of this Report and Recommendation to serve and file written objections, if any, with the Honorable Ursula Ungaro, United States District Judge. Failure to timely file objections shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the report and bar the parties from attacking on appeal the factual findings contained herein. *R.T.C. v. Hallmark Builders, Inc.,* 996 F.2d 1144,

1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988); *Nettles v. Wainwright*, 677 F.2d 404, 410 (5th Cir. Unit B 1982) (en banc); 28 U.S.C. § 636(b)(1).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 2nd day of February, 2012.

    /s/   *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20547-CR-UNGARO/TORRES

UNITED STATES OF AMERICA

vs.

REINALDO GUERRA,

       Defendant.
_____/

## ORDER APPOINTING RECEIVER

This matter is before the Court pursuant to the joint *ore tenus* motion of the United States of America and Saturn Capital Advisors, LLC, to appoint Joel Tabas, Esq., to act as Receiver of Saturn Capital Advisors, LLC, and Saturn Mortgage Fund, LLC, third parties in possession of an asset that has been forfeited to the United States.

1.    On February 24, 2011, the Court entered a Final Order of Forfeiture (DE 80) vesting in the United States all right, title and interest in Saturn Mortgage Fund account SAT-008 held at Saturn Capital Advisors, LLC.  Saturn Mortgage Fund LLC (SMF) is an investment fund and Saturn Capital Advisors LLC (SCA) has been acting as manager of the fund.  At the time the Final Order was entered, the stated value of the account was approximately $400,000.

2.    On October 19, 2011, the United States filed a motion to compel production of the asset from Saturn Capital Advisors (DE 88).

3. On October 20, 2011, the Court granted the motion, ordering Saturn Capital Advisors and Saturn Mortgage Fund to produce the asset and to produce records of the investment fund for inspection (DE 90).

4. The Court's Order was entered before Saturn Mortgage Fund, LLC, or Saturn Capital Advisors, LLC, had the opportunity to respond to the government's motion, and on October 28, 2011 Saturn Capital Advisors, LLC moved to reconsider and to vacate the Court's Order (DE 92), arguing, *inter alia*, that the asset had already been produced to the Government, and that there was not sufficient cash to be able to pay the balance of that account to the Government.

5. The United States subsequently filed a renewed motion to compel based on its review of the documents Saturn had produced pursuant to the Court's Order (DE 99).

6. On January 24, 2012 the Court held a hearing on Saturn's motion to vacate and the government's renewed motion to compel. At the hearing, the government stated that after reviewing the records produced by Saturn, it had concluded that the Court should appoint a receiver to liquidate its interest in Saturn. Counsel for SCA did not oppose the government's request to liquidate and wind up Saturn's affairs.

7. After further discussion, the parties have agreed that a Receiver should be appointed to review the assets of Saturn in order to determine their value, and to determine how best to proceed with the liquidation of Saturn's assets. If the Receiver finds that there is sufficient equity to proceed with the liquidation of assets, the

Receiver will proceed taking all steps necessary to maximize the return to the account holders of Saturn. If the equity is insufficient to warrant liquidation of Saturn's assets at this time, the Receiver will prepare a report detailing his findings to the Court, and upon such filing shall apply to the Court to be relieved of his duties in connection with the assets of SCA and SMF.

Upon consideration of the motions and the arguments of counsel presented at the hearing in this matter, the Court finds that it is necessary and appropriate for the Court, pursuant to 21 U.S.C. §853(g), to appoint a Receiver who will assist in the valuation and liquidation of Saturn Capital Advisors, LLC, and Saturn Mortgage Fund, LLC.

Therefore, for good cause shown, it is hereby:

**ORDERED AND ADJUDGED:**

1. The government and Saturn Capital Advisors, LLC's joint *ore tenus* motion to appoint a Receiver is GRANTED.

2. Joel Tabas, Esq., is appointed to act as Receiver for purposes of marshalling the assets of Saturn and SCA, winding up the business of Saturn, and protecting the interest of the United States in Saturn Mortgage Fund account SAT-008, as well as the interests of the other Saturn account holders in their accounts.

3. In carrying out his responsibilities, the Receiver shall make a preliminary assessment of the value of the assets of Saturn Capital Advisors and the Saturn Mortgage Fund, and shall determine whether sufficient equity exists to recover the costs of liquidation of those assets for the benefit of Saturn's account holders.

4. In the event that sufficient equity is found, the Receiver's powers and duties shall include, but not be limited to, the liquidation of Saturn's assets. In the event that insufficient equity is found, the Receiver shall report his findings to the Court, and may apply to the Court to be relieved of his duties in connection with Saturn.

5. At the conclusion of the liquidation, all fees and costs incurred by the Receiver shall be paid from the sale of the assets including the amount collected from the outstanding loans due to Saturn. Should the sale and amount collected generate proceeds greater than necessary to pay the fees and costs incurred by the Receiver, the proceeds from the liquidation shall be paid into the registry of the Court and disbursed *pro rata* to the account holders of Saturn.

DONE and ORDERED in Chambers at Miami, Florida, this \_\_\_\_ day of February, 2012.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE