UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20547-CR-UNGARO

UNITED STATES OF AMERICA

v.

REINALDO GUERRA,

    Defendant.
_____/

ORDER ADOPTING MAGISTRATE REPORT

THIS CAUSE is before the Court on the Motion of the Receiver to Approve Stipulation of Settlement with Defendant Ibarra. (D.E. 140.)

THE COURT has considered the motion and the pertinent portions of the record and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who issued a report recommending that the motion be granted and that the proposed settlement be adopted. (D.E. 144.) The parties were afforded an opportunity to object; no objections were filed. Accordingly, upon *de novo* review, it is

ORDERED AND ADJUDGED that the motion (D.E. 140) is GRANTED and the recommendations of the Magistrate Judge (D.E. 144) are RATIFIED, ADOPTED, AND AFFIRMED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of September, 2013.

                                                    _____
                                                    URSULA UNGARO
                                                    UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record